IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Deborah Hansen          Date: May 10, 2013
Court Reporter:    Kara Spitler

Civil/Criminal Action No.   13-cv-00563-RBJ

*Parties*:                                         *Counsel*:

W. L. (BILL) ARMSTRONG, et al.,                    Michael J. Norton
                                                   John Carson
         Plaintiffs,

v.

KATHLEEN SEBELIUS, et al,                          Michelle Bennett

         Defendants.

### COURTROOM MINUTES

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**09:02 a.m.     Court in session**

Appearances of counsel.

Discussion

09:03   Argument by Mr. Norton

Colloquy between the Court and Mr. Norton

10:02 Court in Recess
10:17 Court in Session

10:17   Argument by Ms. Bennett

Colloquy between the Court and Ms. Bennett

11:10   Rebuttal Argument by Mr. Norton

11:18   Court's findings and conclusions entered on the record

**ORDERED:   The Plaintiffs' Motion for Preliminary Injunction is (ECF No. 12) is DENIED.**

11:45 a.m.   Court in Recess
             Hearing concluded
             Time: 2 hours and 28 minutes