**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**November 26, 2013**

———————————————

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| W. L. (BILL) ARMSTRONG, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States Department of Health and Human Services, et al., <br><br> Defendants - Appellants. | No. 13-1480 <br> (D.C. No. 1:13-CV-00563-RBJ) |

———————————————

**ORDER**

———————————————

This appeal was previously abated pending the outcome of a petition seeking a writ of certiorari that had been filed with the United States Supreme Court in *Sebelius v. Hobby Lobby, Inc.*, S.C. Case No. 13-354.

The court has been advised that the Supreme Court has granted the *Hobby Lobby* certiorari petition. The previously ordered abatement in this appeal remains in place. Notwithstanding any prior directives, the next status report in this appeal is due May 12, 2014. However, if there are any developments in the United States Supreme Court that would affect the need for a continued abatement of this case, the parties are under an

obligation to advise the court as soon as reasonably possible.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Douglas E. Cressler
            Chief Deputy Clerk