IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00563-RBJ-BNB

W.L. (BILL) ARMSTRONG;
JEFFREY S. MAY;
WILLIAM L. (WIL) ARMSTRONG III;
JOHN A. MAY;
DOROTHY A. SHANAHAN; and
CHERRY CREEK MORTGAGE CO., INC., a Colorado corporation;

  Plaintiffs,
v.

SYLVIA M. BURWELL, in her official capacity as Secretary of the United States Department of Health and Human Services;
THOMAS E. PEREZ, in his official capacity as Secretary of the United States Department of Labor;
JACOB LEW, in his official capacity as Secretary of the United States Department of the Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR;
UNITED STATES DEPARTMENT OF THE TREASURY;

  Defendants.

---

### JOINT MOTION TO AMEND JUDGMENT & TO EXTEND THE DEADLINES FOR PLAINTIFFS TO SUBMIT ANY BILL OF COSTS & MOTION FOR ATTORNEYS' FEES

---

Pursuant to Federal Rules of Civil Procedure 59(e) and 54(d), the parties hereby jointly move the Court to amend a portion of the Final Judgment entered on September 29, 2014 (ECF No. 79), and to extend the deadlines set forth in Federal Rule of Civil Procedure 54(d), D.C.COLO.LCivR 54.1, and this Court's September 29, 2014 Order (ECF No. 78) for plaintiffs to submit any bill of costs and motion for attorneys' fees.

The second paragraph of the Final Judgment (ECF No. 79) enters judgment in favor of plaintiffs and against defendants, but does not specify the claim(s) with respect to which judgment is entered. The parties jointly move the Court to amend the judgment to specify that judgment is entered as to plaintiffs' Religious Freedom Restoration Act (RFRA) claim. Having concluded that the contraceptive coverage requirement violated RFRA with respect to the plaintiffs in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751, 2785 (2014), the Supreme Court determined that it was unnecessary to reach the plaintiffs' First Amendment claims. The same is true here with respect to plaintiffs' non-RFRA claims. Indeed, both parties agreed in their respective proposed injunction and judgment submissions that the entry of judgment in favor of plaintiffs and against defendants should be limited to plaintiffs' RFRA claim. *See* ECF Nos. 74-1, 77-1. Accordingly, the parties respectfully request that the Court amend the Final Judgment so that the second paragraph reads as follows:

> Pursuant to the ORDER, Document number 78, of Judge R. Brooke Jackson entered on September 29, 2014, it is ORDERED that judgment is entered in favor of the Plaintiffs, W.L. (BILL) ARMSTRONG, JEFFREY S. MAY, WILLIAM L. (WIL) ARMSTRONG III, JOHN A. MAY, DOROTHY A. SHANAHAN and CHERRY CREEK MORTGAGE CO., INC. and against the defendants, SYLVIA M. BURWELL, THOMAS E. PEREZ, JACOB J. LEW, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF LABOR and UNITED STATES DEPARTMENT OF THE TREASURY on plaintiffs' claim under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq*.

In addition, the parties jointly request that the Court extend the deadlines for plaintiffs to submit any bill of costs and/or motion for attorneys' fees until 45 days after entry of judgment (or amended judgment, if the Court grants the parties' request to amend the judgment), to enable the parties to have an opportunity to resolve these matters without further Court involvement. This Court's September 29, 2014 Order (ECF No. 78) awarded plaintiffs their costs and stated that plaintiffs may file a motion for attorneys' fees within 14 days after entry of judgment. Under D.C.COLO.LCivR 54.1, a bill of costs shall be filed within 14 days after entry of judgment. The parties would like an opportunity to attempt to settle plaintiffs' requests for costs and attorneys' fees. To give them time to attempt to do so, the parties respectfully request that the Court enter an order extending the deadlines for plaintiffs to submit any bill of costs and motion for attorneys' fees until 45 days after entry of judgment (or amended judgment, if the Court grants the parties' request to amend the judgment).

Respectfully submitted this 3rd day of October, 2014,

*Attorneys for Plaintiffs*

s/ Michael J. Norton
Michael J. Norton
Alliance Defending Freedom
7951 E. Maplewood Avenue, Suite 100
Greenwood Village, CO 80111
(O) 720-689-2410
(F) 303-694-0703
mjnorton@alliancedefendingfreedom.org


*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

JOHN F. WALSH
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

 /s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                      /s/ Michelle R. Bennett
                                      MICHELLE R. BENNETT
                                      Trial Attorney