**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00563-RBJ

W.L. (BILL) ARMSTRONG,
JEFFREY S. MAY,
WILLIAM L. (WIL) ARMSTRONG III,
JOHN A. MAY,
DOROTHY A. SHANAHAN AND
CHERRY CREEK MORTGAGE CO., INC.,

    Plaintiffs,

v.

SYLVIA M. BURWELL,
THOMAS E. PEREZ,
JACOB J. LEW,
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
UNITED STATES DEPARTMENT OF LABOR and
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

**AMENDED FINAL JUDGMENT**

This Amended Final Judgment amends and replaces the Final Judgment issued on September 28, 2014 (ECF No. 79). In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

Pursuant to the ORDER, Document number 78, of Judge R. Brooke Jackson entered on September 29, 2014, it is ORDERED that judgment is entered in favor of the plaintiffs, W.L. (BILL) ARMSTRONG, JEFFREY S. MAY, WILLIAM L. (WIL) ARMSTRONG III, JOHN A. MAY, DOROTHY A. SHANAHAN and CHERRY CREEK

MORTGAGE CO., INC. and against the defendants, SYLVIA M. BURWELL, THOMAS E. PEREZ, JACOB J. LEW, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF LABOR and UNITED STATES DEPARTMENT OF THE TREASURY on plaintiffs' claim under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.* It is

FURTHER ORDERED that the defendants, their officers and employees are permanently enjoined from any further effort to enforce "the contraceptive mandate" as described in *Hobby Lobby* against Cherry Creek Mortgage Co., Inc. or against the individual plaintiffs. It is

FURTHER ORDERED that the plaintiffs are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J DYNES

J DYNES
Deputy Clerk